BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 4736336)
Chief, Criminal Division

HELEN L. GILBERT (NYBN 4736336)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7021
    Fax: (415) 436-7234
    Helen.Gilbert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 17-104 SI |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| ANDRE MITCHELL BROWN, | ) **ORDER EXCLUDING TIME** |
| Defendant. | ) |

During the parties' appearance before Magistrate Judge James on March 8, 2017, the Court set April 7, 2017, as the initial appearance before U.S. District Court Judge Illston.  The parties request that time be excluded between March 8, 2017 and April 7, 2017, from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The United States will provide discovery in this case, and the defendant's attorney requires time to review this discovery.  The parties agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

//

1 | IT IS SO STIPULATED:

                        BRIAN J. STRETCH
                        United States Attorney

DATED: March 8, 2017

                        _____/s/_____
                        HELEN L. GILBERT
                        Assistant United States Attorney

DATED: March 8, 2017

                        _____/s/_____
                        ELLEN LEONIDA
                        Attorney for Defendant, Andre Mitchell Brown

<u>Attestation of Filer</u>

      In addition to myself, the other signatory to this document is <u>Ellen Leonida</u>.  I attest that I have her permission to enter a conformed signature on her behalf and to file the document.

DATED: March 8, 2017                               _____/s/_____
                                                                         HELEN L. GILBERT
                                                                         Assistant United States Attorney

**[PROPOSED] ORDER**

For the reasons stated above, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 the period from March 8, 2017, through April 7, 2017, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: __March 9, 2017__

_____
THE HONORABLE MARIA-ELENA JAMES
United States Magistrate Court Judge