1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2 | BARBARA J. VALLIERE (DCBN 439353)
3 | Chief, Criminal Division

4 | KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

5 
6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6821
7 | FAX: (415) 436-7234
Katherine.Lloyd-Lovett@usdoj.gov

8 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR-17-104 SI |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO EXCLUDE TIME AND |
| ANDRE MITCHELL BROWN AND JAVIER RAYMOND JENKINS, | ) [PROPOSED] ORDER |
| Defendants. | ) |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action, as stated on the record at the parties' first appearance before the District Court on April 7, 2017, that the time between April 7, 2017, and May 12, 2017, be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B). Excluding time until May 12, 2017 will allow defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

//

//

STIPULATION AND PROPOSED ORDER EXLUDING TIME
Case No. CR 17-00104-SI

|   |   |   |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | DATED: April 7, 2017 | BRIAN J. STRETCH<br>United States Attorney |
| | | /s/<br>KATHERINE M. LLOYD-LOVETT<br>Assistant United States Attorney |
| | DATED: April 7, 2017 | |
| | | /s/<br>ELLEN LEONIDA<br>Counsel for Defendant ANDRE BROWN |
| | DATED: April 7, 2017 | |
| | | /s/<br>SUZANNE MORRIS<br>Counsel for Defendant JAVIER JENKINS |

## [PROPOSED] ORDER

As explained on the record during the April 7, 2017, initial appearance before this Court, the Court finds that the exclusion of the period from April 7, 2017, to May 12, 2017, from the time limits applicable under 18 U.S.C. § 3161, is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 4/10/2017

HON. SUSAN ILLSTON
United States District Judge

STIPULATION AND PROPOSED ORDER EXLUDING TIME
Case No. CR 17-00104-SI