UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>　　　　　Plaintiff,<br>　　v.<br>BROWN,<br>　　　　　Defendant. | Case No. 17-cr-00104-SI-1<br><br>**ORDER TO SERVE EX PARTE MOTION FOR LIMITED PRIVILEGE WAIVER**<br><br>Re: Dkt. No. 76 |

On March 25, 2019, the government filed an ex parte motion seeking a limited waiver of the defendant's attorney-client privilege (Dkt. No. 76) for purposes of opposing defendant's Motion to Vacate Conviction, Set Aside, or Correct a Sentence By A Person in Federal Custody (Dkt. No. 68). The government served its ex parte motion on defendant (Dkt. No. 77) but has not served it on the Office of the Federal Public Defender's Office for the Northern District of California or on defendant's former attorney, Ellen Leonida.

The Court hereby orders the government to serve both the Federal Public Defender's Office for the Northern District of California as well as Ms. Leonida by this Friday March 29, 2019. Should either the Federal Public Defender's Office or Ms. Leonida wish to respond to the ex parte motion, they may do so on or before April 5, 2019.

The government's current deadline to file its opposition to defendant's motion to vacate is April 17, 2019. That date is hereby moved to April 26, 2019 in light of the new deadlines provided above.

**IT IS SO ORDERED**.

Dated: March 28, 2019

_____
SUSAN ILLSTON
United States District Judge