UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>    Plaintiff,<br>  v.<br>BROWN,<br>    Defendant. | Case No. 17-cr-00104-SI-1<br><br>**ORDER FINDING DEFENDANT'S MOTION TO APPOINT COUNSEL MOOT**<br><br>Re: Dkt. No. 95 |

On November 3, 2020, defendant Andre Mitchell Brown filed a Motion to Appoint Counsel for the purpose of filing a Motion of Compassionate Release on defendant's behalf. Dkt. No. 95. On November 5, 2020, the Office of the Federal Public Defender notified the Court that Michael Whelan was appointed to represent Mr. Brown. On December 24, 2020, defendant, represented by Mr. Whelan, filed a Motion for Compassionate Release. Dkt. No. 96.

The Court DENIES defendant's Motion to Appoint Counsel as moot.

**IT IS SO ORDERED**.

Dated: December 28, 2020

_____
SUSAN ILLSTON
United States District Judge