UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>    v.<br><br>BROWN,<br><br>               Defendant. | Case No. 17-cr-00104-SI-1<br><br>**ORDER DENYING MOTION FOR MODIFICATION OF SENTENCE**<br><br>Re: Dkt. No. 118 |

Before the Court is a motion by defendant Andre "Andrea" Brown requesting that the Court order her sentence be served concurrently with her parole violation sentence. Dkt. No. 118. Ms. Brown asserts that the Court previously ordered that her sentence be served concurrently with any parole violations and that the parole officer knowingly disregarded the Court's order.

Ms. Brown's assertion is mistaken. The Court sentenced her to a term of 252 months consisting of 252 months on Counts 1, 2, 3, 4, and 6; 60 months on Count 5; and 120 months on Count 7, all such terms to be served concurrently. Dkt. No. 60. The Court also ordered that upon release from imprisonment, Ms. Brown serve 3 years of supervised release, consisting of 3 years on each count, to be served concurrently. The Court did not order that Ms. Brown's term be served concurrently with any other sentence.

Ms. Brown does not cite any other basis for the Court to modify her sentence. Accordingly, Ms. Brown's motion for modification of her sentence is **DENIED**.

**IT IS SO ORDERED**.

Dated: July 13, 2022

_____
SUSAN ILLSTON
United States District Judge